UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON THACKER, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.  5:26-cv-00929 |
| | : | |
| MANOR MANAGEMENT | : | |
| CORPORATION, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 20th day of July, 2026, upon consideration of Defendant Manor Management Corporation's Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6), ECF No. 12; the Plaintiff's Response in Opposition thereto, ECF No. 17; the Defendant's Reply in support of the Motion to Dismiss, ECF No. 18; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant Manor Management Corporation's Motion to Dismiss Plaintiff's Complaint, ECF No. 12, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge