IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JON THACKER<br>V.<br>MANOR MANAGEMENT CORPORATION | Civil Action No. 26-929 JFL |

ORDER

AND NOW, this 26TH day of OCTOBER, 2026 it is **ORDERED** that the parties shall file a joint status report no later than **FRIDAY, JANUARY 15, 2027** advising the Court as to procedural status of this matter and rescheduling of a good faith settlement conference.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.

BY THE COURT:
ATTEST

/ss/ PAMELA A. CARLOS
USMJ